O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID P. SNYDER, ) | CASE NO. CV 10-05745 RGK (RZ) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| JAMES SCHOMIG, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of DAVID P. SNYDER, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 18, 2011

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE